IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STATE OF WISCONSIN,

    Petitioner,

v.

HO-CHUNK NATION,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-505-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered granting respondent Ho-Chunk Nation's petition to vacate the arbitrator's award and dismissing this case.

_____      12/5/12
Peter Oppeneer, Clerk of Court         Date